# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of Kings** | **District Court** |

Index Number: 2:10-CV-00825-JS
Date Filed: 2/25/2010

Plaintiff:
**Robert Dona**

vs.

Defendant:
**Midland Credit Management, Inc.**

For:
M. Harvey Rephen, Esq.
M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, NY  10017

Received by The Legal Process to be served on **Midland Credit Management, Inc.**.

I, William Gager, do hereby affirm that on the **14th day of April, 2010** at **12:10 pm, I:**

Personally gave copies of the following documents: **Summons in a Civil Action, Complaint and Demand for Jury Trial**, to:

a) Party Served: **Midland Credit Management, Inc.,**
b) Person Served: **Jackie Guttierrez, Paralegal, Authorized To Accept.**

by **PERSONALLY** delivering a true copy of the documents with the date and hour of service endorsed thereon by me and informed said person of the contents therein, in compliance with state statutes, as a **CORPORATION** served at the address of: **8875 Aero Drvie, Suite 200, San Diego, CA 92123.**

**Description** of Person Served:  Age: 27,  Sex: F,  Race/Skin Color: Hispanic,  Height: 5'8",  Weight: 130,  Hair: Brown,  Glasses: N

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
**William Gager**
1232

**The Legal Process**
**P.O. Box 15712**
**San Diego, CA  92175**
**(619) 270-1145**

Our Job Serial Number: 2010000087

Service Fee: $70.00

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a