Evan J. White, Esq.
139 E. 35th St. 2A
New York, NY 10016
(646) 770-4220
www.evanwhitelaw.com

---

June 24, 2010

**VIA ECF**
Mr. Charles Baran
Deputy Clerk for Hon. Joanna Seybert

       **Re:**    **Change in Attorney's Contact Information—*Dona v. Midland Credit Management*, 10-cv-825, EDNY (JS) (WDW)**

Dear Mr. Baran,

    I represent the plaintiff, Robert Dona in the above-referenced matter.  I am writing to inform the Court that my phone number has recently been changed to (646) 770-4220.  Since Midland Credit Management, the defendant, has not appeared in this matter, I am unable to provide them with a copy of this letter by mail, as required by the Hon. Joanna Seybert's rules.

    If you have any questions regarding the above matter you may now reach me at this number.  Thank you for your attention.

                                                  Sincerely,

                                              _____EW /s/_____
                                              Evan J. White (EW 7951)