**Evan J. White, Esq.**
139 E. 35th St., 2A
New York, New York 10016
www.evanwhitelaw.com
(646) 770-4220

---

July 25, 2010

*Via ECF and Mail*
Hon. William D. Wall
Magistrate Judge
P.O. Box 9014
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722-9014

      Re:    *Dona v. Midland Credit Management Inc.*,
             **10 cv 0825 (EDNY) (JS) (WDW)**

Dear Judge Wall:

      I represent the plaintiff Robert Dona ("plaintiff") in the above-mentioned matter. In response to your order dated July 21, 2010, I am writing to notify you that the plaintiff believes that the papers already submitted in support of the motion for a default judgment suffice for the purposes of a damages inquest.

      Courtesy copies of all documents previously submitted in support of the plaintiff's motion will be sent by mail to your chambers along with this notice. If you have any questions regarding this matter please do not hesitate to contact me.

      Thank you for your courtesies in this matter.

                                                    Very truly yours,

                                                    /s/ Evan J. White

cc:    Mr. Robert Dona
        M. Harvey Rephen, Esq.

Encls. (via mail only)