UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ROBERT DONA,

                                                          MEMORANDUM & ORDER
                                                          10-CV-0825(JS)(WDW)
                    Plaintiff,

          -against-

MIDLAND CREDIT MANAGEMENT, INC.,

                    Defendant.
----------------------------------------X
APPEARANCES:
For Plaintiff:        Evan J. White, Esq.
                      1115 Broadway, 12th Floor
                      New York, NY 10010

                      Mark H. Rephen, Esq.
                      M. Harvey Rephen & Associate
                      708 Third Avenue, 6th Flr.
                      New York, NY 10017

For Defendants:       No appearances.

SEYBERT, District Judge:

          Plaintiff Robert Dona ("Plaintiff") sued Defendant

Midland Credit Management, Inc. ("Defendant") for alleged

violations of the Fair Debt Collection Practices Act. Defendant

has not answered or otherwise appeared to defend this

litigation, and Plaintiff moved for a default judgment. The

Court referred Plaintiff's motion to Magistrate Judge William D.

Wall for a Report and Recommendation ("R&R"), and Judge Wall

recommended that Plaintiff be awarded a default judgment in the

amount of $2,767.50.

          Objections were due within fourteen (14) days of the

date of the R&R.  The time for filing objections has expired, and no party has objected.  Accordingly, all objections are hereby deemed to have been waived.

Upon careful review and consideration, the Court finds Judge Wall's R&R to be comprehensive, well-reasoned and free of clear error, and it ADOPTS the R&R in its entirety.  The Clerk of the Court is directed to enter judgment for Plaintiff against Defendant in the amount of $2,767.50 and to mark this case CLOSED.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:    March __15__, 2011
          Central Islip, New York